**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fitness Anywhere LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  TRX**<br>**DBA  TRX Training** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-5382687** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**450 Newport Center Drive, Suite 590**<br>**Newport Beach, CA 92660**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.trxtraining.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Fitness Anywhere LLC**                                     Case number (*if known*) _____
     Name

**7.**  **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3399__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

Debtor **Fitness Anywhere LLC** | Case number (*if known*)
Name

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **TRX Holdco, LLC** | | Relationship | **Affiliate** |
| | District | **Central District of California** | When **6/08/22** | Case number, if known | |

**11. Why is the case filed in this district?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Fitness Anywhere LLC** | Case number (*if known*) | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 8, 2022**
_____
MM / DD / YYYY

**X** _____           **Brent Leffel**
Signature of authorized representative of debtor        Printed name

Title    **Chairman of the Board of Managers of Fitness Anywhere LLC**

**18. Signature of attorney**

**X** _____           Date **June 8, 2022**
Signature of attorney for debtor              MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**    Email address  **rb@lnbyg.com**

**143364 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Fitness Anywhere LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  8, 2022**          X  _____
                                              Signature of individual signing on behalf of debtor

                                              **Brent Leffel**
                                              Printed name

                                              **Chairman of the Board of Managers of Fitness Anywhere LLC**
                                              Position or relationship to debtor

Official Form 202                              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Fitness Anywhere LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Exemplar Design 4680 Parkway Drive Suite 300 Mason, OK 45040** | | **Trade Debt** | | | | **$6,997,557.00** |
| **Core Health & Fitness, LLC 4400 Northeast 77th Avenue Suite 300 Manufacturer Land America Vancouver, WA 98662** | | **Trade Debt** | | | | **$1,888,775.00** |
| **Flexport Inc P.O. Box 207244 Dallas, TX 75320-7244** | | **Trade Debt** | | | | **$1,308,514.00** |
| **UPS Plan 0386NE 55 Glenlake Parkway NE Atlanta, GA 30328** | | **Trade Debt** | | | | **$1,240,853.00** |
| **Stephen Gould Corporation 35 South Jefferson Road Whippany, NJ 07981** | | **Trade Debt** | | | | **$1,149,881.00** |
| **Duane Morris LLP 30 South 17Th Street Philadelphia, PA 19103-4196** | | **Professional Services** | | | | **$640,421.30** |
| **Buy Box Experts 3020 N Cullen Ct. Pleasant Grove, UT 84062** | | **Trade Debt** | | | | **$327,449.00** |
| **MAN Staffing, LLC 550 East Del Amo Boulevard Carson, CA 90746** | | **Trade Debt** | | | | **$270,563.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Fitness Anywhere LLC**                                        Case number *(if known)* _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Syzygy Digital Marketing, Inc 41 Flatbush Avenue Brooklyn, NY 11217** | | **Trade Debt** | | | | **$205,201.00** |
| **Lahlouh Inc 1649 Adrian Road Burlingame, CA 94010** | | **Trade Debt** | | | | **$145,901.00** |
| **US Customs and Border Protection PO BOX 979126 St. Louis, MO 63197-9000** | | **Trade Debt** | | | | **$120,398.00** |
| **McCollister's Transportation Group, Inc 8 Terri Lane Burlington, NJ 08016** | | **Trade Debt** | | | | **$116,007.00** |
| **NetSuite Inc 500 Oracle Parkway Redwood City, CA 94065** | | **Trade Debt** | | | | **$101,013.00** |
| **Google P.O. Box 39000 San Francisco, CA 94139** | | **Trade Debt** | | | | **$98,468.00** |
| **AMEX Corp Card P.O. Box 0001 Los Angeles, CA 90096** | | **Trade Debt** | | | | **$95,952.00** |
| **The Trade Desk 42 N Chestnut St. Ventura, CA 93001** | | **Trade Debt** | | | | **$81,583.00** |
| **Dirbos Inc. 27758 Santa Margarita Pkwy Suite 366 Mission Viejo, CA 92691** | | **Trade Debt** | | | | **$68,325.00** |
| **Redwood Supply Chain Solutions 1765 North Elston Avenue Suite 216 Chicago, IL 60642** | | **Trade Debt** | | | | **$65,451.00** |
| **USA Global Logistics LLC 255 Madsen Drive Bloomingdale, IL 60108** | | **Trade Debt** | | | | **$64,303.00** |

Debtor  **Fitness Anywhere LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ISUPPORT WORLDWIDE LLC 1019 West James St Kent, WA 98032** | | **Trade Debt** | | | | $63,138.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Ron Bender 143364**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234 Fax: (310) 229-1244**
California State Bar Number: **143364 CA**
**rb@lnbyg.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

In re:

**Fitness Anywhere LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __23__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:   June 8, 2022

Brent Leffel, solely in his capacity as Chairman of the Board of Managers of Fitness Anywhere LLC

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Fitness Anywhere LLC
450 Newport Center Drive, Suite 590
Newport Beach, CA 92660


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


26 Fitness, Inc
1501 7th Street Ln Southeast
Hickory, NC 28602


3PL Central LLC
830 S Pacific Coast Hwy Suite 102
El Segundo, CA 90245


5 Star Janitorial Inc.
7349 Milliken Ave. 1406
Rancho Cucamonga, CA 91730


8020 Consulting LLC
6303 Owensmouth Ave 10th Floor
Woodland Hills, CA 91367


Accounting Principles, Inc.
Dept CH 14031
Palatine, IL 60055-4031

Acorn Paper
PO Box 23965
Angeles, CA 90023-0965


Active Design Systems, LLC
6216 Autumnwood Dr
Frisco, TX 75035


Ada Support Inc.
96 Spadina avenue Unit 801
Toronto, OH 12345


Adcom Worldwide
4300 Raley Boulevard
Sacramento, CA 95838


Admiral Insurance Group
PO Box 639824
Oude Meer, OH 45263-9824


Advanced Exercise
861 SouthPark Drive #100
Littleton, CO 80120


AMEX Corp Card
P.O. Box 0001
Los Angeles, CA 90096


Anthony S. Erlick
2127 Red Oak Place
Danville, CA 94506

Apex Vista Fitness Services
23610 N. 20th Drive, Ste. 8
Phoenix, AZ 85085


Aspen Core Fitness, LLC
97 Lewis Lane
Basalt, CO 81621


Avalara Inc
Dept CH 16781
Palatine, IL 60055-6781


Avant Marketing Group
1922 Prospector Avenue
Park City, UT 84060


Avendra LLC
Attn: Controller
P.O. Box 75019
Baltimore, MD 21275-5019


Avery Dennison
Hong Kong B.V No. 7 , Chun Ying Street T
O Industrial Estate New Territories
Hong Kong 19720-0000


B2BGateway.Net
Payment Processing Center
PO Box 838
Hope Valley, RI 02832


BigCommerce
11305 Four Points Drive Bldg II, Third F
Austin, TX 78726

BlenderBottle Europe Benley GmbH
Heinrich-Lanz-Allee 12 60437
Frankfurt, Germany 60437-0000


Blue Banyan Solutions, Inc.
1569 Solano Ave., Suite 645
Berkeley, CA 94707


Brand Amp LLC
1945 Placentia Avenue Bldg C
Costa Mesa, CA 92627


Buy Box Experts
3020 N Cullen Ct. Pleasant
Grove, UT 84062


Bynder LLC
321 Summer Street, Suite 100
Boston, MA 02210


C.H. Robinson
PO Box 9121
Minneapolis, MN 55480-9121


Castanea Partners, et al.
Three Newton Executive Park
Suite 304
Newton, MA 02462


CommerceHub
25736 Network Place
Chicago, IL 60673-1257

Commercial Fitness Equipment
4686 Isabelle Unit A
Eugene, OR 97402


Conde Nast
1 World Trade Center
New York, NY 10007


Core Health & Fitness, LLC
4400 Northeast 77th Avenue Suite
300 Manufacturer Land America
Vancouver, WA 98662


Corodata Records
PO Box 842638
Los Angeles, CA 90084-2638


Corodata Shredding Inc.
PO Box 846137
Los Angeles, CA 90084


Corporation Service Company
Po Box 13397
Philadelphia, PA 19101-3397


Crackyl Media Inc.
1955 Ashgrove Court
London, Canada N6K 4S2


Crunch Franchising, LLC
1 Harbour Place, Suite 230
Portsmouth, NH 03801

Crystal & Company
Wall Street Station
PO Box 1405
New York, NY 10268


Culligan Water of Ontario
1925 Burgundy Pl
Ontario, CA 91761


CyberSource Corporation
PO Box 742842
Los Angeles, CA 90074-2842


Cyclops Marine Ltd
Unit 25 The Slipway, Port Solent
Portsmouth, United Kingdom PO6 4TR


Czarnowski Display Service, Inc.
6067 Eagle Way
Chicago, IL 60678-1060


Degree, Inc  DBA Lattice
PO Box 207585
Dallas, TX 75320-7585


DGI Logistics
7350 Transit Rd
Williamsville, NY 14221


DHL x5964
16592 Collections Center Drive
Chicago, IL 60693

Dirbos Inc.
27758 Santa Margarita Pkwy Suite 366
Mission Viejo, CA 92691


DPI - Digital Print Imaging
645 Mariposa Street
San Francisco, CA 94107


DSV Air & Sea Inc.
2100 West 195Th Street
Torrance, CA 90501


Duane Morris LLP
30 South 17Th Street
Philadelphia, PA 19103-4196


Ecore International, Inc
PO Box 21691
New York, NY 10087-1691


Elite Forklift Service and Repairs Inc.
11398 Antigua Drive
Mira Loma, CA 91752


Engine Yard, Inc
580 Market Street Suite 150
San Francisco, CA 94104


Equity 38, LLC
75 14th St NE Ste 2700
Atlanta, GA 30309

Ethan Sernoff
18214 S. Grasle Road
Oregon City, OR 97045


Exemplar Design
4680 Parkway Drive Suite 300
Mason, OK 45040


Fastenal Company
2001 Theurer Blvd
Winona, MN 55987


FBI National Academy Associates Inc.
1 Range Road
Quantico, VA 22135


Fedex Express
PO Box 7221
Pasadena, CA 91109-7321


Fedex Freight
PO Box 21415
Pasadena, CA 91185-1415


Fedex Trade Networks Canada ACH
Box 916200
Toronto, Canada M5W 0E9


Ferrellgas, LP
PO Box 173940
Denver, CO 80217

Fidelity
PO Box 73307
Chicago, IL 60673-7307


FIT Summit Pte. Ltd.
35b Boat Quay
Singapore, Singapore 49824-0000


Fitness Anywhere, Inc.
Attn: Murray A. Indick
425 Market Street
San Francisco, CA 94105


Five Star Transport
18530 Damon Drive
Hesperia, CA 92345


Flexport Inc
P.O. Box 207244
Dallas, TX 75320-7244


Franklin Retail Solutions
310 Spring Street
West Roxbury, MA 02132


Freighthawk Xpress
255 Madsen Drive
Bensenville, IL 60106


Frontier Communications Corporation
401 Merritt 7
Norwalk, CT 06851

Full Sail Enterprises, Inc.
15632 Product Lane, Ste. A
Huntington Beach, CA 92649


Getty Images US ,Inc.
PO Box 953604
St. Louis, MO 63195-3604


GoExceed
655 W. Grand Ave Suite 170
Elmhurst, IL 60126


Gohealth Urgent Care
5555 Glenridge Connector Suite 700
Atlanta, GA 30342


Google
P.O. Box 39000
San Francisco, CA 94139


Google Voice Inc
1600 Amphitheatre Parkway
Mountain View, CA 94043


GSA-IFF - GSAI01
USDA Office of the CFO FMLOB provider
2300 Main St 2SE
Kansas City, MO 64108


Hearst Magazine Media, Inc.
3540 Toringdon Way Building #7
Charlotte, NC 28277

Helix Human Capital LLC
18210 Edna Road
Jonestown, TX 78645


Helpmonks LLC
9793 Lima Cir
Commerce City, CO 80022


Humane
1350 West Venture Drive
Janesville, WI 53546


HUNG01
Vicky Ya-Chi Hung
No 60 Sec 1 Zongcheng Rd Shilin
Taipei, Taiwan 00111-0000


IHRSA
70 Fargo Street
Boston, MA 02210


Influx Inc
8605 Santa Monica Blvd
West Hollywood, CA 90069


Innomark Communications, LLC
420 Distribution Circle PO Box 715035
Fairfield, OH 45014


InstantSearch
5375 Beechwood Lane
Los Altos, CA 94024

InterCultural Elements
5 Wei estra e
Leipzig, Germany 04299-0000


ISUPPORT WORLDWIDE LLC
1019 West James St
Kent, WA 98032


J.B. HUNT
615 JB Hunt Corporate Drive
Lowell, AR 72745


Jack Nadel International
PO Box 8342
Pasadena, CA 91109-8342


JAS Forwarding  Netherlands  BV
Breguetlaan Oude Meer, Netherlands 01438


JASF01
Jas Forwarding Inc.
Dept 3570 PO Box 123570
Dallas, TX 75312-3570


John Hutchinson
665 Blair Avenue
Piedmont, CA 94611


John Hutchison Cobra
665 Blair Avenue
Piedmont, CA 94611

Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA 15250-7967


Kanaree.io
3802 South 16th Street
Chickasha, OK 73018


Katten Muchin Rosenman LLP
Attn: Jan Harris Cate, Esq.
515 South Flower Street, Suite 1000
Los Angeles, CA 90071


Keith Design Group
11558 Henness Road
Truckee, CA 96161


KLAVIYO
125 Summer Street Floor 6
Boston, MA 02111


Kustomer, Inc.
5 Penn Plaza, 19Th Floor
New York, NY 10001


Lahlouh Inc
1649 Adrian Road
Burlingame, CA 94010


Land America
Ecoldyn Limited R.2207 2208,
22F Island Place Tower, Island Place 510
North Point
Hong Kong

LexDellmeier Germany
Nymphenburger Str. 23
Munich, Germany 80335-0000


Littler Mendelson, PC
2301 MCGEE STREET SUITE 800
Kansas City, MO 64108


Localytics
101 Arch Street, 8th Floor
Boston, MA 02110


MAN Staffing, LLC
550 East Del Amo Boulevard
Carson, CA 90746


Marin  Lazic
13 19 Glassop Street Balmain
Sydney, Australia NSW 2041


McCollister's Transportation Group, Inc
8 Terri Lane
Burlington, NJ 08016


Medallia Inc
575 Market Street, Ste 1850
San Francisco, CA 94105


Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

Missouri Deparment of Revenue
Taxation Division
PO Box 3400
Jefferson City, MO 65105-3400

Mitel
ShoreTel Inc.
28760 Network Place
Chicago, IL 60673-1287

monday.com Ltd
6 Yitzhak Sadeh Street
Tel Aviv, CA 00677-7506

Neogrid
6750 North Andrews Avenue
Fort Lauderdale, FL 33309

NetSuite Inc
500 Oracle Parkway
Redwood City, CA 94065

North Climb Fitness Equipment Services
33 Shore Breeze Drive, Unit 410
Toronto, Canada M8V 0G1

OMS
45 Collingwood Dr
Cranston, RI 02921

Pacful Printing
11311 white rock rd
Rancho Cordova, CA 94572

Pacific Customs Brokers
1400 A Street
Blaine, WA 98231


Packaging Plus
501 North Smith Avenue Suite 102
Corona, CA 92880


Paragon Brokerage, Inc
720 Industrial Blvd., Suite 400
Grapevine, TX 76051


PHITBOD, LLC
221221 fb
Jefferson City, MO 65101


Pitney Bowes Lease
PO Box 371887
Pittsburgh, PA 15250-7887


Prime Fitness
25027 Oak Drive
Damascus, MD 20872


Priority 1 Inc.
1800 E Roosevelt
Little Rock, AR 75284-0808


ProPack CAD
7351 Vantage Way
Delta, BC, Canada V4G 1C9

Prosource Fitness Equipment
6503 Hilburn Drive
Raleigh, NC 27613


Pyramid Case
122 Manton Avenue Box 4
Providence, RI 02909-3369


Radial
PO Box 204113
Dallas, TX 75320-4114


Rakuten Marketing LLC
6985 S. Union Park Center, Suite 300
Midvale, UT 84047


Ravins Business Services
1750 4th St
Hood River, OR 97031


Red Points Solutions,S.L
38 Carrer de Berl n
Barcelona, Spain 08029-0000


Redwood Supply Chain Solutions
1765 North Elston Avenue Suite 216
Chicago, IL 60642


Refund Sniper LLC
988 Allen Lane
Woodmere, NY 11598

Rewind Fitness LLC
7111 West 151st Street #296
Overland Park, KS 66223


RH Incentive Holdings I, LLC
Attn: Murray A. Indick
425 Market Street
San Francisco, CA 94105


RH Incentive Holdings II, LLC
Attn: Murray A. Indick
425 Market Street
San Francisco, CA 94105


Right Side Up, LLC
9901 Brodie Lane, Suite 160 PMB515
Austin, TX 78748


Robyn Hagan Cain
1121 N 2nd St
Nashville, TN 37207


Ryan Heft
3600 Highway 31E
Bethpage, TN 37022


Samantha Milk
1005 Wigwam Parkway
Henderson, NV 89074


Singer Burke Zimmer, LLP
6345 Balboa Boulevard Suite 375
Encino, CA 91316

Soldiers to Sidelines
8234 Burnley Road
Towson, MD 21204


Sorinex
193 LITTON DR
Lexington, SC 29073-8010


Southern California Edison
P.O. Box 300
Rosemead, CA 91722


Sprint FWD LLC
703 Pier Avenue
Suite B #632
Hermosa Beach, CA 90254


SPS Commerce Inc
333 South Seventh Street, Suite 101
Minneapolis, MN 55402


Staples - STAP01
Staples Business Advantage
Dept LA
Chicago, IL 60696-3689


Stephen Gould Corporation
35 South Jefferson Road
Whippany, NJ 07981


Student Beans US
100 Wall Street Suite 902
New York, NY 10005

Sunrise Nationwide USA Inc.
101 West Walnut Street Suite 129
Gardena, CA 90248


Systems Continuity
21681 Cabrosa
Mission Viejo, CA 92691


Syzygy Digital Marketing, Inc
41 Flatbush Avenue
Brooklyn, NY 11217


Teads, Inc.
55 5th Ave 17th Floor
New York, NY 10003


The Fitness Center Service Tech
4802 West Bexley Park Drive
Delray Beach, FL 33445


The Hartford FA082651
P.O. Box 415738
Boston, MA 02241-5738


The Trade Desk
42 N Chestnut St.
Ventura, CA 93001


Thomas Shaw
2429 Hines Drive
Los Angeles, CA 90065

Tigers International Logistics BV
Schaapherderweg 24
2988 CK Ridderkerk
Netherlands


TMA Worldwide, Inc.
4038 Aitken Dairy Road
Rocklin, CA 95677


Transperfect Translations
Attn:Accounts Receivable
Three Parks Avenue, 39th Floor
New York, NY 10016


TRX Holdco, LLC
450 Newport Center Drive, Suite 590
Newport Beach, CA 92660


TRX Incentive Holdings, LLC
450 Newport Center Drive
Suite 590
Newport Beach, CA 92660


Uline Shipping Supplies
PO Box 88741
Chicago, IL 60680-1741


UPS Plan 0386NE
55 Glenlake Parkway NE
Atlanta, GA 30328


US Customs and Border Protection
PO BOX 979126
St. Louis, MO 63197-9000

USA Global Logistics LLC
255 Madsen Drive
Bloomingdale, IL 60108


Verizon Media Inc.
770 Broadway
New York, NY 10003


Vincent Wagliardo
216 Fallen Road
Ennis, TX 75119


Wellness Solutions Inc.
6614 James Madison Hwy
Haymarket, VA 20169


Wholesale Pallets, Inc.
142 S. San Antonio Ave
Pomona, CA 91766


Wilco Collective LLC
12 Pinckney Street
Greenville, SC 29601


Wistia, Inc.
17 Tudor Street
Cambridge, MA 02139


Woodforest National Bank
Attn: CMB Loan Operations
25231 Grogans Mill Road, 6th Floor
The Woodlands, TX 77380

Woodforest National Bank
Attn: David A. Macdonald
1330 Lake Robbins Drive, Suite 500
The Woodlands, TX 77380


Workday Inc.
6110 Stoneridge Mall Road
Pleasanton, CA 94588


XD Fit, LLC
4680 Parkway Dr.
Suite 300
Monroe, OH 45050


Zeal Fitness Training LLC
3401 East Laurel Avenue
Visalia, CA 93292


Zendesk
Dept CH 19895
Palatine, IL 60055-9895


Zoe Ades


Zoom Video Communications, Inc
Box 888843 Suite 600
Los Angeles, CA 90088-8843

**FITNESS ANYWHERE LLC**
**BOARD RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE**

June 3, 2022

The following Resolutions were duly enacted by a unanimous vote of the Board of Managers (the "Board") of Fitness Anywhere LLC (the "Company"), at a duly noticed meeting of the Board held on June 3, 2022, and the same shall remain in full force and effect, without modification, unless and until the Board adopts a further resolution to the contrary:

> RESOLVED, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on the date determined by Brent Leffel ("BL"), in his capacity as the Chairman of the Board, to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel and financial advisor.  BL is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and BL is authorized to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

> FURTHER RESOLVED, that the Company's retention of Kroll Securities, LLC ("Kroll") to serve as the Company's investment banker and financial advisor is approved upon terms that are mutually acceptable to the Company and Kroll.  BL, in his capacity as the Chairman of the Board, is hereby authorized to negotiate the terms of the Company's employment of Kroll and to execute the Company's retention agreement and/or bankruptcy employment application with Kroll or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

> FURTHER RESOLVED, that the Company's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Company's bankruptcy counsel is approved upon terms that are mutually acceptable to the Company and LNBYG.  BL, in his capacity as the Chairman of the Board, is hereby authorized to negotiate the terms of the Company's employment of LNBYG and to execute the Company's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that, in his capacity as the Chairman of the Board, BL is hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that BL deems to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that following the filing of the Company's chapter 11 bankruptcy case, BL, in his capacity as the Chairman of the Board, is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that BL deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Board unless the Board subsequently decides to the contrary.  Such actions that BL has the authority to cause the Company to take without any further approval of the Board (unless the Board subsequently decides to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  BL is also authorized to designate any other officer, professional or

designated representative to sign any documents related to any of the foregoing on behalf of the Company.

FURTHER RESOLVED, that all prior acts and deeds of BL or the other officers of the Company acting in their capacity as a Manager or officer of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

FURTHER RESOLVED, that BL, in his capacity as the Chairman of the Board, is authorized to sign these Resolutions of the Board in the place and stead of all other Board members.


IN WITNESS WHEREOF, the Board has authorized, adopted, ratified and approved the above resolutions.

MANAGER:

_____

**BRENT LEFFEL**