| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>RON BENDER (SBN 143364)<br>KRIKOR J. MESHEFEJIAN (SBN 255030)<br>LINDSEY L. SMITH (SBN 265401)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234;<br>Facsimile: (310) 229-1244<br>Email: RB@LNBYG.COM; KJM@LNBYG.COM; LLS@LNBYG.COM<br>☒  *Attorney for:* Chapter 11 Debtor and Debtor in Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 08 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** mccall    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>TRX HOLDCO, LLC, a Delaware limited liability company,<br><br>Debtor(s)<br>---<br>In re:<br><br>FITNESS ANYWHERE LLC, a Delaware limited liability company, dba TRX and TRX Training,<br><br>Debtor(s) | LEAD CASE NO.: 8:22-bk-10948-SC<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 8:22-bk-10949-SC<br>☐  See attached for additional Case Numbers |
| ☒ Affects All Debtors<br>☐ Affects TRX Holdco, LLC<br>☐ Affects Fitness Anywhere, LLC<br><br><br>Debtor(s) | **ORDER ☒ GRANTING ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]**<br><br>[No Hearing Required] |

On (*date*) June 8, 2022 a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re TRX Holdco, LLC, case number 8:22-bk-10948-SC.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is: ☒ Granted    ☐ Denied

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014    Page 1    F 1015-1.1.ORDER.JOINT.ADMINISTRATION

2. Promptly upon entry of an order granting a motion to approve joint administration:

   a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

   b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

   c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

   d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:

###

Date: June 8, 2022

*Scott C. Clarkson*
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**