**Fill in this information to identify the case:**

Debtor name: **Fitness Anywhere LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known): **8:22-bk-10949-SC**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 22, 2022**      X /s/ signature

Signature of individual signing on behalf of debtor

**Brent Leffel**
Printed name

**Chairman of the Board of Managers of Fitness Anywhere LLC**
Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Fitness Anywhere LLC | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA | ■ Check if this is an amended filing |
| Case number (if known): | 8:22-bk-10949-SC | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Exemplar Design 4680 Parkway Drive Suite 300 Mason, OK 45040 | | Trade Debt | | | | $6,997,557.00 |
| Core Health & Fitness, LLC 4400 Northeast 77th Avenue Suite 300 Manufacturer Land America Vancouver, WA 98662 | | Trade Debt | | | | $1,888,775.00 |
| Flexport Inc P.O. Box 207244 Dallas, TX 75320-7244 | | Trade Debt | | | | $1,308,514.00 |
| UPS Plan 0386NE 55 Glenlake Parkway NE Atlanta, GA 30328 | | Trade Debt | | | | $1,240,853.00 |
| Stephen Gould Corporation 35 South Jefferson Road Whippany, NJ 07981 | | Trade Debt | | | | $1,149,881.00 |
| Duane Morris LLP 30 South 17Th Street Philadelphia, PA 19103-4196 | | Professional Services | | | | $640,421.30 |
| Sprint FWD, LLC 703 Pier Avenue Suite B #632 Hermosa Beach, CA 90254 | Bryan Arp bryanarp@gmail.com | Services | | | | $352,600.11 |

| Debtor | **Fitness Anywhere LLC** | | Case number *(if known)* | **8:22-bk-10949-SC** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Buy Box Experts**<br>3020 N Cullen Ct.<br>Pleasant<br>Grove, UT 84062 | | Trade Debt | | | | $327,449.00 |
| **MAN Staffing, LLC**<br>550 East Del Amo Boulevard<br>Carson, CA 90746 | | Trade Debt | | | | $270,563.00 |
| **Syzygy Digital Marketing, Inc**<br>41 Flatbush Avenue<br>Brooklyn, NY 11217 | | Trade Debt | | | | $205,201.00 |
| **Morrison & Foerster LLP**<br>Attn: Murray A. Indick<br>425 Market Street<br>San Francisco, CA 94105 | **Murray A. Indick**<br><br>mindick@mofo.com<br>415-268-7096 | Reimbursement obligations owed to affiliate of Debtor for legal fees and costs of affiliate | | | | $181,787.50 |
| **Lahlouh Inc**<br>1649 Adrian Road<br>Burlingame, CA 94010 | | Trade Debt | | | | $145,901.00 |
| **US Customs and Border Protection**<br>PO BOX 979126<br>St. Louis, MO 63197-9000 | | Trade Debt | | | | $120,398.00 |
| **McCollister's Transportation Group, Inc**<br>8 Terri Lane<br>Burlington, NJ 08016 | | Trade Debt | | | | $116,007.00 |
| **NetSuite Inc**<br>500 Oracle Parkway<br>Redwood City, CA 94065 | | Trade Debt | | | | $101,013.00 |
| **Google**<br>P.O. Box 39000<br>San Francisco, CA 94139 | | Trade Debt | | | | $98,468.00 |
| **AMEX Corp Card**<br>P.O. Box 0001<br>Los Angeles, CA 90096 | | Trade Debt | | | | $95,952.00 |
| **The Trade Desk**<br>42 N Chestnut St.<br>Ventura, CA 93001 | | Trade Debt | | | | $81,583.00 |

| Debtor | Fitness Anywhere LLC | | | Case number *(if known)* | | 8:22-bk-10949-SC |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dirbos Inc.<br>27758 Santa Margarita Pkwy Suite 366<br>Mission Viejo, CA 92691 | | Trade Debt | | | | $68,325.00 |
| Redwood Supply Chain Solutions<br>1765 North Elston Avenue Suite 216<br>Chicago, IL 60642 | | Trade Debt | | | | $65,451.00 |