Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Ron Bender 143364**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234 Fax: (310) 229-1244**
California State Bar Number: **143364 CA**
**rb@lnbyg.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA**

In re:

**Fitness Anywhere LLC**

CASE NO.:  8:22-bk-10949-SC

CHAPTER: **11**

# AMENDED
**VERIFICATION OF MASTER**
**MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __42__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  July 7, 2022

_____

_____
Mark Reis, Chief Financial Officer

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                         **F 1007-1.MAILING.LIST.VERIFICATION**

3D Fitness s.r.o
Orlicka kasarna 1491
Zamberk Czech Republic 564 01


3PLogic LLC
1765 North Elston Avenue, Suite 216
Chicago, IL 60642


A2Z Fitness
Matsa, Kifisia 145 64, Greece


A360 Enterprises LLC
1422 W. Lake Street, Suite 314
MN 55408


Aaron P Moser
5225 Craftsman Drive
Parker, CO 80134


AC Provision for Sports Ltd
9 Anexasartisias Street
Pafos CYPRUS, 08028


Academy Sports Outdoors
1800 N Mason Rd
Katy, TX 77449


Acceler8 Partners Inc
4008 Louetta Road, Suite 199
Spring, TX 77388


Ace Cauthen
723NE 93rd Avenue
Portland, OR 97220


Acorn Paper Products Company
PO Box 23965
Los Angeles, CA 90023-0965


Acosta LLC
1180 NW Maple Street, Suite 330
Issaquah, WA 98027

Active Aid
Vinkelvej 32G
Viborg DENMARK, 08800


Adobe
345 Park Ave
San Francisco, CA 95110


ADP Totalsource
600 California Street
San Francisco, CA 94108


Advanced HealthStyles Fitness Equipment
Fitness Equipmen
861 South Park Dr. #100
Littleton, CO 80120


AFCO Acceptance Corporation
750 B Street, Suite 2400
San Diego, CA 92101


AFCO Insurance Premium Finance
5600 N.River Road, Suite 400
Rosemont, IL 60018


Affirm Inc
650 California Street, 12th floor
San Francisco, CA 94108


Aidan Paolone
417 Hampden Road
Corona Del Mar, CA


Alabama Department of Revenue
PO Box 327489
Montgomery, AL 36132


Alabama Department of Revenue
PO Box 327489
Montgomery, AL 36133

Alchemy Creative Inc
1736 18th Street
San Francisco, CA 94107


Amazon.com services LLC
Attn: General Counsel
P.O. Box# 81226
Seattle, WA 98108


American Express  Corp Card
BOX 0001
Los Angeles, CA 90096


Anders Deenfeldt
Thorvaldensgade 36 1 tv
Aarhus C
DENMARK


Anthony Carey
3425 5th Ave
San Diego, CA 92103


Anthony Gooran
51 Sussex St
San Francisco, CA 94131


Anytime Fitness
Anytime Fitness
11 Weir Drive
Woodbury, MN 55125


Anytime Fitness LLC
11 Weir Drive
Woodburry, MN 55125


Apple Inc.
1950 N. Stemmons Fwy, Ste 5010
Dallas, TX 75207


Arizona Department of Revenue
PO Box 29085
Phoenix, AZ 85038

Arkansas Excise Tax
PO Box 1272
Little Rock, AR 72203


Ashley Suhr
307 Hayland Lane
Foster City, CA 94404


Ashli Reitz
1161 Meadowcrest Drive
Corte Madera, CA 94925


Athlete' Performance Inc
2629 E Rose Garden Ln
Phoenix, AZ 85050


Autodemo
1129 Payne Street
Louisville, KY 40204


Avant Marketing Group
Park City, UT 84060


AvantLink
1922 Prospector Avenue
Park City, UT 84060


Avask GBP
1st Floor Oceana House
39-49 Commercial Road
Southampton, 0 SO15 1GA


Avendra
540 Gaither Road, Suite 200
Rockville, MD 20850


B2BGateway.Net
PO Box 838
Hope Valley, RI 02832

Bear Construction Company
1501 Rohlwing Road
Rolling Meadows, IL 60008


Beaverfit North America LLC
1200 Woodland Ave, Suite D
Reno, NV
BeaverFit North America, LLC
PO BOX 6760
Incline Village, NV 89450


Benjamin Monk
2323 NW Savier St., Apt 312
Portland, OR 97210


Best Buy Ads
7601 Penn Avenue South
S Richfield, MN 55423


Best Buy Purchasing LLC
7601 Penn Avenue South
Richfield, MN 55423


BigCommerce Inc
11305 Four Points Dr
Bldg 2, Floor
Austin, TX 78726


BigCommerce, Inc.
11305 Four Points Drive
Bldg II, Third Floor
Austin, TX 78726


BJ Guinn
20 La Paloma Pl
El Sobrante, CA 94803


Blake Kasemeier
1735 Carleton St, Apt B
Berkely, CA 94703

Blue Chip Theory
631 Claudius Way
Windsor, CA 95492


Blue Fitness Pty Ltd
45A Normanby Road, Mount Eden
Auckland NEW ZEALAND, 01024


Blue Ox Films
216 N Tillamook St.
Portland, OR 97227


Bodyactive Consultants Ltd
Ross Eathorne
3f, 8 Crown Terrace
Hong Kong, 0  11111-1111


Boulder Crest Foundation
33735 Snickersville Turnpike
PO Box 117
Bluemont, VA 20135


Box.com
900 Jefferson Ave
Redwood, CA 94063


Brightcove
290 Congress Street
Boston, MA 02210


Brightcove Inc.
290 Congress Street
4th Floor
Boston, MA 02210


Brynne Elliott
554 Wakerobin Lane
San Rafael, CA 94903


C.H. Robinson Worldwide Inc.
& Subsidiary
PO Box 9121
Minneapolis, MN 55480-9121

California Francishe Tax Board
PO Box 942867
Sacramento, CA 94267


Cameron Booth
413 Grand Street
New York, NY 10002


Cameron Booth
413 Grand St, Apt F806
NY, NY 10002


Camp6 Inc
340 South Lemon Avenue
Walnut, CA 91789


Camp6, Inc
Camp6, Inc
340 S. Lemon Ave
Walnut Creek, CA 91789


Campfire LLC
1319 SE Mlk jr.  Blvd, Ste:214
Portland, OR 97214


Canadian Fitness Professionals Inc
2180 Yonge Street
Toronto CANADA, ON M4S 2B9


Canadian Tire Corporation Limited
2180 Yonge Street
Toronto CANADA, ON M4S 2B9


Canto
625 Market St., Suite 600
San Francisco, CA 94105


Cedar Avenue Five LLC
30922 Westgreen Drive
Laguna Niguel, CA 92677

Celigo Inc
1820 Gateway Drive #260
San Mateo, CA


Chair Twenty, LLC
2110 4th street
Unit 19
Santa Monica, CA 90405



Change Your Strategy LLC
5340 Gunbarrel Center Ct, Apt 1-109
Boulder, CO 80301


Charlotte Tooth
Flat 4, 85 Marina
St Leonards on Sea ENGLAND
0 TN38 0BL


ChartHop Inc
130 Shore Road, #350
Port Washington, NY 11050


ChartHop, Inc.
130 Shore Road
350
Port Washington, NY 11050


Christen Selbod
c/o Blake E. Burtchaell
1327 N Broadway
Santa Ana, CA 92706


Club Solutions Magazine a Division of Pe
211 Townepark Circle, Suite 200
Louisville, KY 40243


Colin McDonald
10035 Burr St
Oakland, CA 94605

Colorado Department of Revenue
30 S Nevada Ave
Colorado Springs, CO 80903


Commerce Technologies, LLC
25736 Network Place
Chicago, IL 60673-1257


Commerce Technologies, LLC
25736 Network Place
Chicago, IL 60673


Commercial Fitness Products Inc
10360 Timberstone Rd
Alpharetta, GA 30022


Comptroller of Maryland
1306 South Salisbury Blvd
Suite 182
Salisbury, MD 21801


Concur Technologies Inc
888 Brannan St #100
San Francisco, CA


Cookie Bot
Havnegrade 39
Copenhagen, DENMARK 01058-0000


Corodata Records Management , Inc.
PO Box 842638
Los Angeles, CA 90084-2638


Creative Circle LLC
38027 Network Place
Chicago, IL 60673


CSC Corporate Domains Inc
251 Little Falls Drive
Wilmington, DE 19808

Cybersource Corporation
PO Box 74842
Los Angeles, CA 90074


Daniel Goldfarb
400 E Stonewall St, Apt. 647
Charlotte, NC 28202


Daniel Herron
20801 River Rd. Ne
Saint Paul, OR 97137


Daniel Herron
P.O. Box# 1236
Newberg, OR


Danielle Repetti
1470 40th ave
San Francisco, CA 94122


David Ruiz
Av/ Espa a 4, Bloque F
3F Pozuelo de Alarcon
SPAIN, 28224


Dayna Kriger
346 Margate Terrace
Deerfield, IL 60015


DC Office of Tax
1101 4th Street
2nd Floor
Washington, DC 20024


Degree Inc dba Lattice
600 Battery Street
San Francisco, CA 94111


Department of Revenue
PO Box 960
Jackson, MS 39205

Department of Revenue Services
State of CT
PO Box 2976
Hartford, CT 06104


Department of Taxation - Hawaii
PO Box 259
Honolulu, HI 96809


DHL Express USA, Inc.
16592 Collections Center Drive
Chicago, IL 60693


Dick's Sporting Goods Inc
345 Court Street
Coraopolis, PA 15108


DigMEE Partners Inc
3720 S Susan Street, Suite 250
Santa Ana, CA 92704


Dillman Investments
Columbia, SC 29205


Dirbos Inc
23272 Mill Creek Drive, Suite 310
Laguna Hills, CA 92653


DocuSign Inc
221 Main Street, Suite 1000
San Francisco, CA 94105


Domo Inc
772 E. Utah Valley Drive
American Fork, UT 84003


Domo, Inc.
772 East 930 South
American Fork, UT 84003-9773

Doug Darnell
9129 Beverlywood street
Los Angeles, CA


Douglas Li
2800 Elliott Avenue, #1128
Seattle, WA 98121


DropBox
1800 Owens St
San Francisco, CA 94158


Duane Morris LLP
190 South LaSalle Street
Suite 3700
Chicago, IL 60603


Dylan Paolone
4717 Hampden Road
Corona Del Mar, CA 92625

DYODE Inc
451 W. Lambert Road, Suite 212
Brea, CA 92821


Eat the Frog Fitness
1567 Highlands DR NE
STE 110 #185
Issaquah, WA 98029


Eat The Frog Fitness
1609 R Avenue
Anacortes, WA


EC Designs
4860 W 147th St
Hawthorne, CA 90250


Ecdesign
4860 W 147th St
Hawthorne, CA 90250

Ecore International, Inc
715 FOUNTAIN AVENUE
LANCASTER, PA 17601


EKS Dis Ticaret Ltd
Barbaros Bulvari, Konak Ap, 62/5
Istanbul TURKEY


Elevar
520 Folly Road
Charleston, SC 29412


Elisabeth Powell
4430 Paces Battle NW
Atlanta, GA 30327


Elite Forklift Service and Repairs
1496 E Francis St
Ontario, CA 91761


Elite536, LLC
5753 Highway 85 N
Crestview, FL 32536


Elliott Davis
220 Eat Broad Street, Suite 500
Greenville, SC 29601


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280


Equipment Services
11398 Antigua Dr
Jurupa Valley
Jurupa Valley, CA 91752


Equity38 LLC
450 Newport Center Drive
Suite 590
Newport Beach, CA 92660

Exceed Group
655 W. Grand Ave
Suite 170
Elmhurst, IL 60126


F1 Recreation Taiwan
8F-2, No. 415, Sec. 4, Xinyi Rd
Taipei City 110 TAIWAN


Facebook, Inc.
Facebook Inc - Attn: A/R
15161 Collections Ctr Dr
Chicago, IL 60693


Fair Stream Creative LLC
427 Burk Street, #2
Oakland, CA 94610


Farel Hruska
732 Foxhall Court
San Marcos, CA 92078


Fast Simon, Inc.
5375 Beechwood Lane
Los Altos, CA 94024


FBI National Academy
Academy Associates Inc.
1 Range Road
Quantico, VA 22135


FDR Services, Inc.
7545 Misty Lane
Pinson, AL 35126


Federal Bureau of Investigation National
FBI Academy Bldg 8, 102
Quantico, VA 22135

Fedex Express Corporation
PO Box 7221
Pasadena, CA 91109


Feed Media Inc.
845 Market St #450
San Francisco, CA 94103


FGL Sports Ltd
110,  205 Quarry park Blvd SE
Calgary CANADA, Alberta


Fibr LLC
32107 Lindero Canyon Road
Suite 233
Westlake Village, CA 91361


Figma
116 New Mongomery St
San Francisco, CA 94105


FindKeep.Love LLC
PO Box 33006
Los Gatos, CA 95031


FIT Summit Pte Ltd
35B Boat Quay
SINGAPORE, 49824


Fit4Mom Corp
1850 Diamond Street, Suite 102
San Marcos, CA 92078


Fitness 1440 Entity Inc
870 E Williams Field Rd
Gilbert, AZ 85295


Fitness Anywhere International, LLC
1990 N. California Blvd
Suite 20 PMB 1058,
Walnut Creek, CA 94596

Fitness Master Franchises FZCO
Bay Square building, 01 Floor P
Dubai UAW


Fitness Premier LLC
530 W. North Street, Suite 105
IL 60442


Fitness Quest 10
9972 Scripps Ranch Blvd
San Diego, CA 92131


Flexport Customs LLC
760 Market Street, 8th Floor
San Francisco, CA 94102


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Foxsight
655 West Irving Park Road
Chicago, IL 60613


Freighthawk Xpress
255 Madsen Drive
~~Bensenville~~Bloomingdale, IL 60106


Frontline Fitness Equipment
Frontline Fitness Equipment
380 Jefferson Boulevard
Warwick, RI 02886


Gavin Featherstone
208 Purchase Cres
Stittsville CANADA, 0 K2S2L8


Geoffrey McCartney
1903 West George Street #1
Chicago, IL 60657

Georgia Department of Revenue
PO Box 105408
Atlanta, GA 30348


Gerard Recio
#516-1355 Harwood Street
Vancouver CANADA, 0 V6E 3W3


Ginerpic LLC
126 Sycamore Avenue
Larkspure, CA 94939


Ginger Snap Inc
2820 Royal Hills Court, Simi Valley
Simi Valley, CA 93065


Gingerpic LLC
126 Sycamore Avenue
Larkspure, CA 94939


Gingerpic, LLC
126 Sycamore Avenue
Larkspur, CA 94939
GitHub
88 Colin P Kelly Jr Street
San Francisco, CA 94107


Google
Dept 33654
P.O. Box 39000
San Francisco, CA 94139


Google Cloud GSuite
1600 Amphitheatre Parkway
Mountain View, CA 94043


GREENROOMIMAGING LLC
226 Moscow Court
San Francisco, CA 64112

Greg Hinsdale Photography
1187 Coast Village Road # 780
Santa Barbara, CA 93108


GSI Media Inc dba Pepperjam
7 South Main Street
3rd Floor
Wilkes-Barre, PA 18701


GSuite
1600 Amphitheatre Parkway
Mountain View, CA 94043


Hanapin Marketing LLC
501 N. Morton Street, Suite 212
Bloomington, IN 47404


Harco Industries Inc
333 S. Van Brunt Street
Englewood, NJ 07631


Heroku
415 Mission Street
3rd Floor
San Francisco, CA 94105


Hoffman-Heidlberg Agency
125 E. Broad Street
Greenville, SC 29601


Holmes Place Group
Leidsegracht 38-40 Amsterdam, 1016
CM Netherlands


Human Kinetics Inc
1607 North market Street
Champaign, IL 61820


HYFN
1235 Hermosa Ave
Suite 300
Hermosa Beach, CA 90254

ID.me, Inc.
8280 Greensboro Dr., Suite 800
McLean, VA 22102


Idaho Sales Tax Commission
11321 W Chinden Blvd
Boise, ID 83714


Illinois Department of Revenue
PO Box 19013
Springfield, IL 62794


Impex TransAfrica Ltd
The Mirage, Westlands
Ground Floor Unit #7
Nairobi KENYA


Indi.com
5141 California Ave
Irvine, CA 92617


Indiana Department of Revenue
PO Box 40
Indianapolis, IN 46206



Infllux Inc
8605 Santa Monica Blvd 63484
West Hollywood, CA 90069


InspireThreeSixty LLC
10190 Telesis Court
San Diego, CA 92121


InspireThreeSixty LLC
10190 Telsis Court
San Diego, CA 92121

Integrated Fulfillment
7351 Vangtage Way
Delta CANADA, BC CANADA V4G 1C9


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Intralinks Inc
150 E. 42nd Street
NY, NY 10017


Irvine Technology Corporation
17900 Von karman Ave, Suite 100
Irvine, CA 92614


Jack Connolly
103 Gates Street
Greenville, SC 00029-6111


Jacob Guajardo
15 Little Pond Coutnry Rd
Cumberland, RI 02864


JAGEX LLC
4200 Northside Drive, Building 7
Atlanta, GA 30327


Jillian Cornette
400 Wilmington Circle
Oviedo, FL 32765


JIRA
341 George Street
Level 6
Sydney AUSTRALIA NSW 2000


Joseph DiBartolo
1100 Calle Del Cerro, Apt 50D
San Clemente, CA 92672

Joseph Peraud
655 W. Irving Park Road
Chicago, IL 60613


Joshua Phelen
1981 Wallace Ave, C204
Costa Mesa, CA 92627


Kansas Department of Revenue
PO Box 3506
Topeka, KS 66625


Kargo
826 Broadway 4th Floor
New York, NY 10003


Kentucky Department of Revenue
PO Box 856910
Louisville, KY 40285


Kevin Dorman
Ste 4343
Contra Costa County, CA 94563


Kevin T. Leonard
150 San Marin Drive
Novato, CA 94945


Killeen James
Apt 18, 169 Sale Road
Manchester, UK M23 0QP


Klaviyo Inc
125 Summer street, Floor 6
Boston, MA 02110
KLF Ukraine


Obolonskaya rvsd, 7 blvd 4
Office 2
Kiev UKRAINE

Knowledge Advantage
7633 Portico Place
Longmont, CO 80503


Kristin Leffel
1806 Port Sheffield Place
Newport Beach, CA 92660


Krystal Say
1255 Enfield St.
Enfield, CT 06082


Kustomer Inc
5 Penn Plaza 19th floor
New York City, NY 10001


Land America Health & Fitness Co Ltd
R.2207 2208, 22F Island Place Tower
510 King's Road, North Point
Hong Kong


LFR
Centralnaya street, 30
pos. Volodarskogo Leninsky district Mosc
RUSSIA


Liebenson Law
411 Lafayette St, 6th Floor
New York, NY 10003


Live Large LLC
8255 S. Las Vegas Blvd#117
Las Vegas, NV 89123


Liza Gershman
4910 Ponderosa Drive
Santa Rosa, CA 95404


LoginRadius Inc
501 - 1281 West Georgia Street
Vancouver CANADA V6E 3J7

LoginRadius Inc.
815 West Hastings Street, Suite 801
Vancouver CANADA, 0 V6C 1B4


Loretz Visuals
35 Sandridge Road
ENGLAND, 0 SN12 7BQ


Louis Lopez
4131 Ostrom Avenue
Lakewood, CA 90713


Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA 70821


Lowe's Companies Inc
1000 Lowe's Boulevard
Mooresville, NC 28117


Lucidchart
10355 S Jordan Gateway #300
South Jordan, UT 84095


Luiza Silva
3992 Greenwood Ave
Oakland, CA 94602


Lynne Virant
Lynne G. Virant
850 Fort Pickens Road, Unit #750
Pensacola Beach, FL 32561


Madeline Martin
469 A Panoramic Highway
Mill Valley, CA 94941


Maine Revenue Services
PO Box 9107
Augusta, ME 04332

Mark Campbell
2535 Jefferson St
Kansas City, MO 64108


Marmoset LLC
2105 SE 7th Ave
Portland, OR 97214


Massachusetts Department of Revenue
PO Box 7000
Boston, MA 02204


Massachusetts General Hospital
55 Fruit St
Boston, MA 02114


Matrix Fitness SA  PTY  LTD
Unit 12, Waterford Office Park
Waterford Drive
Johannesburg SOUTH AFRICA


Matrix Fitness SA  PTY  LTD
PO Box 218 Fourways
Johannesburg SOUTH AFRICA, 02055


Matrixify
10 E 62nd St
New York, NY 10065


Maxwell Hendren
1000 Oak Street, Apt. 5
San Francisco, CA 94117


Medallia Inc
575 Market St. Suite 1850
San Francisco, CA 94105


Medical University of South Carolina
171 Ashley Ave
Charleston, SC 29425

Mefitpro Trading LLC
102 Intercoil Business Center
Umm Suquiem Road
Dubai UAE


Metaproto LLC
10 EUSTIS STREET
Cambridge, MA 02140


MFAC LLC
11 Amflex Drive
Cranston, RI 02921


Michael and Rebecca Geis
c/o Robert C. Beck, Jr.
1717 Arch Street, Suite 3500
Philadelphia, PA 19103


Michael Piercy
58 Clinton Rd.
Fairfield, NJ 07004


Michael Schubeck
6035 N Kirkwood Ave
Chicago, IL 60646


Michael Zuercher
4105 Via Largavista
Palos Verdes Estates, CA 90274


Michelle Felzmann
19 Tuscany Estates Point NW
Calgary CANADA, 0 T3L0C3 CA


Michigan Department of Treasury
PO Box 30778
Lansing, MI 48909


Microsoft
One Microsoft Way
Redmond, WA 98052

Miguel Vargas
877 Hanlon Way
Benicia, CA 94510


Minnesota Department of Revenue
6330 600 N Robert St
St Paul, MN 55101


Missouri Department of Revenue
PO Box 840
Jefferson City, MO 65105


Missouri Department of Revenue
Taxation Division
PO Box 3400
Jefferson City, MO 65105-3400


Models do Eat
206 Kealakai Place
Paia, HI 96779


Models Do Eat LLC
206 Kealakai Place
Paia, HI 96779


Moss Adams LLP
PO Box 748369
Los Angeles, CA 90074-8369


Movement Rx
5745 Kearny Villa Road Suite 113
San Diego, CA 92123


Nantong Jiacheng Sporting and Leisure Ut
Bayi Industrial Zone
Nantong Jiacheng CHINA


Nathaniel Hammer
662 Westlake St.
Encinitas, CA 92024

Nebraska Department of Revenue
505A Broadway
Suite 800
Scottsbluff, NE 69361


Neile M. Hartman
18 Great Road
Barrington, RI 02806


Neogrid
55 W Monroe St
Chicago, IL 60603


NeoGrid North America, LLC
6750 North Andrews Avenue
Fort Lauderdale, FL 33309


Netstock USA LLC
1777 S. Harrison St. Suite 1500
Denver, CO 80210


NetSuite Inc
2955 Campus Drive, Suite 100
San Mateo, CA 94403


Neuropace
455 N. Bernado Ave
Mountain View, CA 94043


Nevada Department of Taxation
700 E Warm Springs Rd
2nd Floor
Las Vegas, NV 89119


New Mexico Taxation and Revenue
Dept. Albuquerque District
PO Box 8485
Albuquerque, NM 87198

Niche Interactive Media Inc dba Shopping
212 W. Van Buren St.
Suite 2N
Chicago, IL 60607


Nicole Lata
1540 Jackson Street
Oakland, CA 94612


North Carolina
Department of Revenue
PO Box 25000
Raleigh, ND 27640


NOSSK, Inc.
c/o Bernard Jaron Kornberg
58 West Portal Avenue, PMB 782
San Francisco, CA 94127


NVA
332 West Lee Hwy Pmb 228
Warrenton, VA 20186


NYS Tax Department
Taxpayer Assistance Bureau
Harriman Campus Rd
Albany, NY 12227


Oak Street Fitness Studio
3220 West Oriole Ave.
Visalia, CA 93291


Ohio Department of Taxation
PO Box 182131
Columbus, OH 43218


Oklahoma Sales Tax Department
PO Box 26850
Oklahoma City, OK 73126


Open Text Inc
24685 Network Place
Chicago, IL 60673

Oracle America Inc
2300 Oracle Way
Austin, TX 78741


PA Department of Revenue
EFT Unit
6th Floor Strawberry Square
Harrisburg, PA 17128


Pam Spence
9178 N 107th Way
Scottsdale, AZ 85258


Paragon Brokerage Inc
720 Industrial Blvd
Suite 400
Grapevine, TX 76051


Paystand
1800 Green Hills Rd
Suite 2000
Scotts Valley, CA 95066


Peake Marketing LLC
211 Townepark Circle, Suite 200
Louisville, KY 40243


Pear Sports LLC
2211 Michelson Drive Suite 300
Irvine, CA 92612


Pear Sports LLC
20371 Irvine Avenue
Suite 120
Newport Beach, CA 92660


PebblePost Inc
400 Lafayette Street, 2nd floor
NY, NY 10003

Phil Mahony
c/o Thomas Q. Keefe
6 Executive Woods Ct
Belleville, IL 62226


PhiTBoD LLC
221 Bolivar Street
Suite 200
Jefferson City, MO 65101
Physmodo Inc
5151 Headquarters Dr, Suite 285
Plano, TX 75024


Physmodo Inc
5151 Headquarters Drive
Suite 285
Plano, TX 75024


Planet Fitness Italia
4 Liberty Ln
W Hampton, NH 03842


Play It Again Sports
2 Fairfield Blvd
Sutie 9
Ponte Verda, FL 37082


Power Digital Marketing Inc
2251 San Diego Avenue
Suite A250
San Diego, CA 92110


Power Digital Marketing, Inc.
2251 San Diego Ave Suite A250
San Diego, CA 92110


Power My Analytics
2497 Coolidge Avenue
Orlando, FL 32804


Premco Associates Premium Incentive Sale
9889 E. Easter Ave
Centennial, CA 80112

Preston Smith
3249 Gidran Dr.
Fort Worth, TX 76244


Prey, Inc.
548 Market St. #30152
San Francisco, CA 94104


PROBAR MOBILITY
221 Bolivar Street
Suite 200
Jefferson City, MO 65101


Professional Fitness Pvt ltd
C 110  3rd Floor , Lajpat nagar 1
New Delhi INDIA, 00011-0024


Propack  Integrated Fulfillment
7351 Vantage Way
Delta CANADA, BC, V4G 1C9


ProPack Logis
7351 Vantage Way
Delta CANADA, 0 V4G 1C9


Prophet Corporation, DBA Gopher Sport
2525 Lemond Street SW
Owatonna, MN 55060


Prospera Law, LLP
1901 Avenue of the Stars #480
Suite 480
Los Angeles, CA 90067


R-Med Orvosi Muszergyarto es Kereskedelm
Brasso ut 83-85, H-1112
Budapest HUNGARY


Rachel Ravins
1750 4th Street
Hood River, OR 97031

Radial
PO Box 204113
Dallas, TX 75320


Rakuten Marketing LLC
215 Park Avenue South
2nd floor
New York, NY 10003


Rakuten USA, Inc.
6985 S. Union Park Center
Suite 300
Midvale, UT 84047


Recharge
3030 Nebraska Ave
Santa Monica, CA 90404


Recreational Equipment Inc
6750 S 22nd St
Kent, WA 98032


Red Points Solutions SL
Carrer de Berlin 38
1a
Barcelona SPAIN, 08029


Redshift  Amazon Web Cloud Service
16 E 34th St
Floor 18
New York, NY 10016


Renae McCloud
9445 NE Coral Ct
Bainbridge Island, WA 98110


RevenueCat Inc
633 Taraval St
#101
San Francisco, CA

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908


Rick Sewchuk
123 Bridle Estates Mews
Calgary CANADA, 0 T2Y5A8


Ricky Jaime
1123 1/2 queen anne pl
Los Angeles, CA 90019


Right Side Up LLC
9901 Brodie Lane, Suite 160 PMB515
Austin, TX 78748


Robert Lively & Elite536 LLC
994 Nightingale Place
Vass, NC 28394


Robert McCullough
439 Lake Street
Huntington Beach, CA 92648


Robyn Hagan Cain
1121 N. 2nd Street
Nashville, TN 37207


Rock Steady Boxing Inc
7440 N Shadeland Ave Ste 202
Indianpolis, IN 46250


Ronald Schnetke
2110 4th street
unit 19
Santa Monica, CA 90405


Rosaura Garcia Resendiz
234 Elizabeth Lane
Upland, CA 91786

Russ Eddy
1 Yolo Street Corte
Madera, CA 94925


ScaleItForMe LLC
1031 Byerley Avenue
San Jose, CA 95125


Scheels
1707 Gold Drive
Fargo, ND 58103


ShareASale.com Inc
15W Hubbard St, Suite 500
Chicago, IL 60654
Shenzhen Stanford Industries Co LTD
18 Xin Tang Industrial Zone Da Kang
Heng Gang
Shenzhen CHINA, 00051-8000


Shipper HQ
15511 Hwy 71
Suite 110 #116
Bee Cave, TX 78738


Shogun Labs Inc
340 S Lemon Ave  #1085
Walnut, CA 91789


Shop PO LLC
20 Channel Center
3rd floor
Boston, MA 02210


Shopify Inc
151 O'Connor Street
Ground floor
Ottawa CANADA, ON K2P 2L8


Shutterstock Inc
1730 S. Amphlett Blvd Ste 320
San Mateo, CA 94402

Sketchup
4730 Walnut St
Boulder, CO 80301


Slack Technologies Inc
500 Howard St
San Francisco, CA 94105


Sorine Exercise Equipment
4068 Fernandina Road, Suite E
Columbia, SC 29212


Sorinex Exercise Equipment
193 LITTON DR
Lexington, SC 29073-8010


South Dakota Department of Revenue
445 East Capital Ave
Pierre, SD 57501


Spencer Saltman
11855 Magnolia Blvd Apt 24
Valley Village, CA 91607


Spenga Holdings LLC
13161 W 143rd Street, Suite 103
Homer Glen, IL 60491


Spenga Holdings LLC
13161 W 143rd Street
Suite 103
Homer Glen, IL 60491


Sporting Life Pty. Ltd
Grant Twible, Principal 109B
Cecil Avenue
Castle Hill, New South Wales 02154-0000


SportingLife Pty. Ltd.
109  B  Cecil Ave
Castle Hill AUSTRALIA, 0  02154

Spreetail
2021 Transformation Dr, Ste 2500
Lincoln, NE 68508


SprintFWD LLC
703 Pier Ave Ste B #632
Hermosa Beach, CA 90254


Sprout Spocial
131 S Dearborn St
Suite 700
Chicago, IL 60603


SPS Commerce Inc
333 South Seventh Street Suite 1000
Minneapolis, MN 55402


Stephan Gould Corporation
2150 River Plaza Drive, Suite 245
Sacramento, CA


Stretch Labs Franchise LLC
1660 Pacific Avenue
San Francisco, CA 94109


Stripe
345 Oyster Point Blvd
South San Francisco, CA 94080


Studio Mix
1000 Van Ness Ave, 3rd Floor
San Francisco, CA 94109


Sunrise Nationwide USA Inc
12400 Philadelphia St.
Eastvale, CA 91752


SurfaceCo, The Surface Company
1350 West Venture Drive
Janesville, WI 53546

Survey Monkey
One Curiosity Way
San Mateo, CA 94403


Synoptek LLC
19520 Jamboree Road #110
Irvine, CA 92612


Taboola Inc
1115 Broadway 7th Floor
NY, NY 10010


TAG Fitness LLC
320 Charles Court
West Chicago, IL 60185


Tam squared  Inc
353 Sacramento St.
San Francisco, CA 94111


Taryn Alexander
413 Scott Blvd
Milton CANADA, 0 L9T 0T1


Techno Sport Condition SLU
C/Plastic 1 - Poligono Les Guixeres
Badalona SPAIN, 08915


Tennessee Department of Revenue
7175 Strawberry Plains Pike
Suite 209
Knoxville, TN 37914


Texas Comptroller of
Public Accounts
PO Box 13528
Austin, TX 78711


The Arena Platform Inc.
c/o Sharon L. Schneier
1251 Avenue of the Americas 21st Fl
New York, NY 10020

The Beans Group, Inc.
100 Wall Street
Suite 902
New York, NY 10005


The Brand Amp
1945 Placentia Ave, Bldg C
Costa Mesa, CA 92627

Tigers  USA  Global Logistics Limited
Dept CH 19499
Palatine, IL 60055


Timothy E. Bourke
1900 Sutter Street
Unit 1
San Francisco, CA 94115


Tina Mai Consulting LLC
542 N. Civic Dr, Apt A
Walnut Creek, CA 94597

TMA
1900 Burgundy Place
Ontario, CA 91761


Todd Tankersley Photography
315 South Van Ness Avenue
San Francisco, CA 94103


Tony Erlick
2127 Red Oak Place
Danville, CA 94506


Trimble
935 Stewart Drive
PO Box 3642
Sunnyvale, CA 94085


Trove Brands LLC
250 South 850 East
Lehi, UT

Truecoach Inc
1825 33rd St.
Boulder, CO 80301

TRX HoldCo LLC
450 Newport Center Drive
Suite 590
Newport Beach, CA 92660

TRX HoldCo LLC / TRXperience LLC
1660 Pacific Avenue
San Francisco, CA 94109

TRX Holdco LLC, TRXperience LLC
1660 Pacific Avenue
San Francisco, CA 94109

UG Franchise Operations LLC
1501 Quail Street, Suite 100
Newport Beach, CA 92660

ULI Canada Inc
3700 Morgan Avenue
Evansville, IN 47715

United Parcel Services
4300E 68th St
Cleveland, OH

USA Global Logistics/FreightHawk Xpress
2095 S Archibald Ave, Suite 200
Ontario, CA 91761

Venngo Inc
155 Rexdale Boulevard, Suite 207
Toronto CANADA, ON M9W 5Z8

Verizon
The MB & W Building
26000 Cannon Road
Cleveland, OH 44146

Vicky Ya-Chi Hung
No 60 Sec 1 Zongcheng Rd Shilin
Taipei CHINA, 0  00111


Vimeo
555 West 18th Street
New York, NY 10011


Vinicio Vela
5216 Blue Sky Ct.
Antioch, CA 94531


Virginia Department of Taxation
PO Box 1478
Richmond, VA 23218


ViV Mgmt LLC
6267 Doyle Street
Emeryville, CA 94608


Vray
8500 Stellar Dr
Unit 8A
Culver City, CA 90232


Washington State Dept of Revenue
Dept of Revenue
PO Box 47476
Olympia, WA 98504


Wisconsin Department of Revenue
PO Box 8902
Madison, WI 53708


Wyoming Department of Revenue
122 W 25th St
Cheyenne, WY 82002


XD Fit LLC
4680 Parkway Drive, Suite 300
Mason, OH 45040

Youth Discount
59-61 Charlotte Street
Birmingham UK B31PX


Zapier
548 Market St #62411
San Francisco, CA 94101


Morrison & Foerster
P.O. BOX 742335
Los Angeles 90074


Barefoot Media
54 Mt. Harmony Rd
Bernardsville, NJ 07924


Comma,8 LLC
703 Pier Avenue
Suite B #632
Hermosa Beach, CA 90254


Dick's Sporting Goods, Inc.
344 Court Street
Coraopolis, PA 15108


Mark Reis
4349 NE Glisan St
Portland, OR 97213-1641


Jurgen Pauquet
1155 S Grand Ave
Apt 1216
Los Angeles, CA 90015


Nasario Mejia
631 Claudius Way
Windsor, CA 95492


Randal Hetrick
269 Cleveland Avenue
Mill Valley, CA 94941

Liz Moothart
1017 Pearl Street
Unit D
Santa Monica, CA 90405

Elite Forklift Service and Repairs Inc.
1496 E Francis St
Ontario, CA 91761


Anthony S. Erlick
2127 Red Oak Place
Danville, CA 94506


Models do Eat
206 Kealakai Place
Paia, HI  96779